UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOYCE K. TEMPLEMAN and THOMAS TEMPLEMAN | \* |
| Plaintiffs, | \* |
| v. | \* Civil Action No. 04-30057-*MPN* |
| AMERICAN SAW & MANUFACTURING COMPANY | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Marylou Fabbo, Esq., and hereby notices its Appearance as counsel for Defendant, AMERICAN SAW & MANUFACTURING COMPANY, in the above-referenced matter.

Respectfully submitted,

_____
Marylou Fabbo, Esq.
BBO No. 566613
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: March 23, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Dennis M. LaRochelle, Cain Hibbard Myers & Cook, P.C., 66 West Street, Pittsfield, MA 01201, by first-class, U.S. mail, postage prepaid on March 23, 2004.

_____
Marylou Fabbo, Esq.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753

F:\OFFICE DOCUMENTS\Data\American Saw\Templeman, Joyce\Civil Action 04-152\Notice of Appearance - MLF.wpd

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*****************************************

| | |
|---|---|
| JOYCE K. TEMPLEMAN and THOMAS TEMPLEMAN<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SAW & MANUFACTURING COMPANY<br><br>Defendant. | Civil Action No. 04-30057-MFN |

*****************************************

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Amy B. Royal, Esq., and hereby notices its Appearance as counsel for Defendant, AMERICAN SAW & MANUFACTURING COMPANY, in the above-referenced matter.

Respectfully submitted,

_Amy B. Royal_
Amy B. Royal, Esq.
BBO No. 647175
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: March 23, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Dennis M. LaRochelle, Cain Hibbard Myers & Cook, P.C., 66 West Street, Pittsfield, MA 01201, by first-class, U.S. mail, postage prepaid on March 23, 2004.

_Amy B. Royal_
Amy B. Royal, Esq.

SKOLER, ABBOTT & PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA 01144
(413) 737-4753

F:\OFFICE DOCUMENTS\Data\American Saw\Templeman, Joyce\Civil Action 04-152\Notice of Appearance - ABR.wpd