UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOYCE K. TEMPLEMAN and THOMAS TEMPLEMAN,<br><br>      Plaintiffs<br><br>      v.<br><br>AMERICAN SAW & MANUFACTURING COMPANY,<br><br>      Defendant | Civil Action No. 04-30057-KPN |

## STIPULATION TO AMEND COMPLAINT AND TO EXTEND TIME

WHEREAS, the Defendant was served with a summons and complaint in the Superior Court for Hampden County, Massachusetts on February 26, 2004;

WHEREAS, the Defendant removed the state action to this Court by Petition for Removal dated March 23, 2004 on a stated basis of diversity of citizenship pursuant to 28 U.S.C. § 1446;

WHEREAS, the Plaintiffs claim that the removal is procedurally improper and the time for filing a motion to remand pursuant to 28 U.S.C. § 1447 has not yet expired;

WHEREAS, the Defendant's time to answer the complaint in accordance with Mass. R. Civ. P. 12(a) and Fed. R. Civ. P. 12(a) has nearly expired;

WHEREAS, the Complaint contains counts for intentional infliction of emotional distress and loss of consortium that the Defendant claims are barred as a matter of law; and

WHEREAS, Plaintiffs' Counsel deems it to be in the best interests of all parties and the courts to determine whether the removal was proper prior to proceeding with the merits of this action;

WHEREFORE, it is hereby STIPULATED among the parties as follows:

(a) The Parties agree that no response to the Complaint nor amendment to the Complaint shall be due or forthcoming from any Party prior to resolution of the Plaintiffs' motion to remand, or until the Plaintiffs' contest to the removal of this action shall be resolved; and

(b) The Plaintiffs agree that, within seven days of the resolution of the Plaintiffs' contest to the removal of this action, the Plaintiffs shall amend their complaint in the appropriate court to delete Counts IV (intentional infliction of emotional distress) and V (loss of consortium). This Stipulation shall be considered the written consent of the Defendant required pursuant to Mass. R. Civ. P. 15(a) and/or Fed. R. Civ. P. 15(a).

Respectfully submitted,

| For the Plaintiffs: | For the Defendant: |
|---|---|
| /s/ Dennis M. LaRochelle | /s/ Amy B. Royal |
| Dennis M. LaRochelle (BBO# 600924) | Amy B. Royal (BBO# 647175) |
| CAIN, HIBBARD, MYERS & COOK, PC | SKOLER, ABBOTT & PRESSER, PC |
| 66 West Street | One Monarch Place, Suite 2000 |
| Pittsfield, Massachusetts 01201 | Springfield, Massachusetts 01144 |
| (413) 443-4771 | (413) 737-4753 |

Dated: March 29, 2004

SO ORDERED:

Date: _____
United States Magistrate Judge