UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOYCE K. TEMPLEMAN and THOMAS TEMPLEMAN,<br><br>Plaintiffs<br><br>v.<br><br>AMERICAN SAW & MANUFACTURING COMPANY,<br><br>Defendant | Civil Action No. 04-30057-KPN |

## NOTICE OF APPEARANCE

Please enter our appearance as counsel for the plaintiffs.

Respectfully submitted,

Diane M. DeGiacomo (BBO# 555930)
Dennis M. LaRochelle (BBO# 600924)
CAIN, HIBBARD, MYERS & COOK, PC
66 West Street
Pittsfield, Massachusetts 01201
(413) 443-4771

Dated: March 29, 2004

## CERTIFICATE OF SERVICE

 I, Dennis M. LaRochelle, certify that on this Twenty-Ninth Day of March, 2004, I served a copy of the foregoing document on the following counsel of record via first class mail, postage pre-paid:

    Amy B. Royal, Esq.
    Skoler, Abbott & Presser, PC
    One Monarch Place, Suite 2000
    Springfield, Massachusetts 01144

    _____
    Dennis M. LaRochelle