UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************************
                                    *
JOYCE K. TEMPLEMAN and              *
THOMAS TEMPLEMAN                    *
                                    *
              Plaintiffs,           *
                                    *
v.                                  *    Civil Action No. 04-30057-KPN
                                    *
AMERICAN SAW &                      *
MANUFACTURING COMPANY               *
                                    *
              Defendant.            *
                                    *
*************************************************
```

### ASSENTED TO MOTION TO EXTEND TIME TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

The Defendant in the above-captioned matter requests an extension of time in which to file an Opposition to Plaintiffs' Motion to Remand. In support of this Motion, the Defendant represents as follows:

1. This case was removed to this court on March 23, 2004.

2. The Plaintiffs filed a Motion to Remand on April 22, 2004.

3. The Defendant's Opposition to Plaintiffs' Motion to Remand is due to this court on Thursday, May 6, 2004.

4. The Defendant requires additional time to research the factual and legal issues raised in Plaintiffs' Motion to Remand.

5. Counsel for the Plaintiffs, Dennis M. LaRochelle, Esq., has represented that he has no objection to this Motion.

WHEREFORE, the Defendant respectfully requests that this court extend the deadline for filing its Opposition to the Plaintiffs' Motion to Remand until May 14, 2004.

Respectfully submitted:

/s/ Amy B. Royal
Amy B. Royal, Esq.
BBO No. 647175
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144

Dated:  May 3, 2004                Tel.: (413) 737-4753/Fax: (413) 787-1941

### CERTIFICATE OF SERVICE

I herby certify that a true and accurate copy of the above document was served upon the Plaintiffs counsel, Dennis M. LaRochelle, Cain, Hibbard, Myers & Cook, P.C. at 66 West Street, Pittsfield, MA 01201, by first-class, U.S. mail, postage prepaid on May 3, 2004.

/s/ Amy B. Royal
Amy B. Royal, Esq.