# EXHIBIT A

FEDERAL IDENTIFICATION
NO. _____

Fee: $250.00

# The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## ARTICLES OF MERGER OF PARENT AND SUBSIDIARY CORPORATIONS
### (General Laws, Chapter 156B, Section 82)

We, ___Dale I. Matschullat_____, ~~President~~ / *Vice President,

and ___Douglas L. Martin_____ ~~Clerk~~ / *Assistant Clerk,

of___Irwin Industrial Tool Company _____,
*(Exact name of corporation)*

organized under the laws of ___Delaware_____ and herein called the parent corporation,

certify as follows:

1. That the subsidiary corporation(s) to be merged into the parent corporation is/are:

| NAME | STATE OF ORGANIZATION | DATE OF ORGANIZATION |
|---|---|---|
| American Saw & Mfg. Company, Inc. | Massachusetts | December 30, 1996 |



2. The parent corporation, at the date of the vote, owned not less than ninety percent (90%) of the outstanding shares of each class of stock of the subsidiary corporation or corporations with which it has voted to merge.

**Item 3 below may be deleted if all the corporations are organized under the laws of Massachusetts and if General Laws, Chapter 156B is applicable to them.**

3. That in the case of each of the above named corporations, the laws of the state of its organization, if other than Massachusetts, permit the merger herein described, and that all action required under the laws of each such state in connection with this merger has been duly taken.

*Delete the inapplicable words. In case the parent corporation is organized under the laws of a state other than Massachusetts, these articles are to be signed by officers having corresponding powers and duties.*

P.C.

156b82m 4/4/00

4. That at a meeting of the directors of the parent corporation, the following vote, pursuant to General Laws, Chapter 156B, Section 82, Subsection (a) was duly adopted:

**WHEREAS,** the board of directors of the Corporation deems it advisable and in the best interest of the Corporation that the Corporation merge with American Saw & Mfg. Company, Inc., a Massachusetts corporation (the "Merger"), through the execution of an agreement and plan of merger substantially in the form presented to the shareholder (the "Merger Agreement"), and has recommended such Merger and Merger Agreement to the shareholder for approval.

**NOW, THEREFORE, BE IT RESOLVED,** that shareholder hereby approves the Merger and the Merger Agreement and authorizes and consents to the transactions contemplated by the Merger Agreement; and

**FURTHER RESOLVED,** that the officers of the Corporation are, and each of them is, authorized and directed to execute, acknowledge and deliver the Merger Agreement, and to execute, deliver, certify and file all such other agreements, instruments or documents, and to take or cause to be taken such further actions, in the name and on behalf of the Corporation, as they may deem necessary or advisable to consummate the transactions contemplated by the Merger Agreement and to carry into effect the intent and purpose of these resolutions, and that all actions heretofore taken by any director or officer of the Corporation in connection with the transactions herein described are ratified, approved and confirmed in all respects.

5. The effective date of the merger shall be the date approved and filed by the Secretary of the Commonwealth. If a *later* effective date is desired, specify such date, which shall not be more than *thirty days* after the date of filing:

**The merger shall be effective on December 31, 2003**

**Section 6 below may be deleted if the parent corporation is organized under the laws of Massachusetts.**

6. The parent corporation hereby agrees that it may be sued in the Commonwealth of Massachusetts for any prior obligation of any corporation organized under the laws of Massachusetts with which it has merged, and any obligation hereafter incurred by the parent corporation, including the obligation created by General Laws, Chapter 156B, Section 82, Subsection (e), so long as any liability remains outstanding against the parent corporation in the Commonwealth of Massachusetts, and it hereby irrevocably appoints the Secretary of the Commonwealth as its agent to accept service of process in any action for the enforcement of any such obligations, including taxes, in the same manner as provided in Chapter 181.

SIGNED UNDER THE PENALTIES OF PERJURY, this ___22nd___ day of _____**December**_____ , 20 __03__ ,

_____ *N. J. Matschullat* _____ , ~~XHXXXXH~~ / *Vice President,

_____ *N. J. Matschullat* _____ ~~XXerk~~ *Assistant Clerk.

*\*Delete the inapplicable words. In case the parent corporation is organized under the laws of a state other than Massachusetts, these articles are to be signed by officers having corresponding powers and duties.*

866322

THE COMMONWEALTH OF MASSACHUSETTS

## ARTICLES OF MERGER OF PARENT AND SUBSIDIARY CORPORATIONS
### (General Laws, Chapter 156B, Section 82)

I hereby approve the within Articles of Merger of Parent and Subsidiary Corporations and, the filing fee in the amount of $ _25 0_ , having been paid, said articles are deemed to have been filed with me this _31_ day of _December_ , 20 _03_.

*Effective date:* _____

*William Francis Galvin*

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

A TRUE COPY ATTEST

WILLIAM FRANCIS GALVIN
SECRETARY OF THE COMMONWEALTH
DATE ____ CLERK ____

**TO BE FILLED IN BY CORPORATION**
**Contact information:**

CT Corporation System
101 Federal Street
Boston, MA 02110

Telephone: _____

Email: _____

A copy this filing will be available on-line at www.state.ma.us/sec/cor once the document is filed.

# EXHIBIT B

# *Delaware*

PAGE  1

### *The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "IRWIN INDUSTRIAL TOOL COMPANY" IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-THIRD DAY OF APRIL, A.D. 2004.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "IRWIN INDUSTRIAL TOOL COMPANY" WAS INCORPORATED ON THE SEVENTEENTH DAY OF MAY, A.D. 1985.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2062093  8300

040299092

AUTHENTICATION: 3071387

DATE: 04-23-04

# <u>EXHIBIT C</u>



# Delaware

## The First State

PAGE  1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "IRWIN INDUSTRIAL TOOL COMPANY" AS FILED IN THIS OFFICE.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 3081397

DATE: 04-29-04

2062093  8200

040312337

# State of Delaware - Annual Franchise Tax Report

| FILE NUMBER | CORPORATION NAME | | | | | | TAX YR. | PHONE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 2062093 | IRWIN INDUSTRIAL TOOL COMPANY | | | | | | 2003 | 402/435-3300 |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY | | |
|---|---|---|---|---|---|
| 470684112 | 1985/05/17 | | | | |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANNUAL FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| 737.50 | 0.00 | 0.00 | 25.00 | 639.20 | 0.00 |

| NATURE OF BUSINESS | AMOUNT DUE | AMOUNT PAID |
|---|---|---|
| Manufacturer | 123.30 | 123.30 |

| PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE |
|---|
| 29 E. Stephenson Street, Freeport, IL  61032 |

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| Dale Matschullat | Corporate Secretary | 2004-01-19 |

| REGISTERED AGENT | | | ASSETS FOR REGULATED INVESTMENT CORPS | JAN. 1st. | DEC. 31st. |
|---|---|---|---|---|---|
| 9000010 | 302/658-7581 | 302/655-5049 | | | |

THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET

WILMINGTON                   DE  19801

| AUTHORIZED STOCK BEGIN DATE END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE |
|---|---|---|---|---|---|---|
| 95/12/12 | COMMON | 15,000 | .100000 | | | |
| | COMMON | 75,000 | .100000 | | | |
| | PFD | 10,000 | 100.000000 | | | |
| | SR.PFD | 2,500 | 10000.000000 | | | |

| OFFICER/DIRECTOR | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|

Dir Dale Matschullat
6833 Stalter Drive Rockford IL 611080000 US 12/31/04
Dir Doug Martin
29 E. Stephenson Street Freeport IL 610320000 US 12/31/04
Dir Gary Johnson
29 E. Stephenson Street Freeport IL 610320000 US 12/31/04
Officer James J. Roberts
29 E. Stephenson Street Freeport IL 610320000 US 12/31/04
Officer Dale Matschullat
6833 Stalter Drive Rockford IL 611080000 US 12/31/04
Officer Doug Martin
29 E. Stephenson Street Freeport IL 610320000 US 12/31/04
Officer Gary Johnson
29 E. Stephenson Street Freeport IL 610320000 US 12/31/04

# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
JOYCE K. TEMPLEMAN and                        \*
THOMAS TEMPLEMAN                              \*
                                              \*
                              Plaintiffs,     \*
                                              \*
v.                                            \*        Civil Action No. 04-30057-KPN
                                              \*
AMERICAN SAW &                                \*
MANUFACTURING COMPANY                         \*
                                              \*
                              Defendant.      \*
                                              \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF WILLIAM BEHLKE

I, William Behlke Esq., under the pains and penalties of perjury do hereby state:

1.   I am over 18 years of age and understand the obligations of an oath.

2.   I am a Senior Counsel for Newell Rubbermaid.

3.   I have personal knowledge of the facts set forth in this affidavit.

4.   Irwin Industrial Tool Company is a subsidiary of Newell Rubbermaid.

5.   Irwin Industrial Tool Company is organized under the laws of Delaware, with its principal place of business in Huntersville, North Carolina.

6.   The largest amount of activity conducted for Irwin Industrial Tool Company occurs in North Carolina.

7.   Irwin Industrial Tool Company's headquarters are located in Huntersville, North Carolina.

8.   The executive offices, including that of the President of Irwin Industrial Tool Company, are in North Carolina.

9.   Other primary offices for Irwin Industrial Tool Company, such as Corporate, Administrative, Sales and Research and Development, are located in North Carolina.

10. The major policy decisions for Irwin Industrial Tool Company are made in North Carolina.

11. Newell Rubbermaid, the parent corporation of Irwin Industrial Tool Company, is organized under the laws of Delaware, with a principal place of business in Atlanta, Georgia.

12. Newell Rubbermaid's headquarters are located in Atlanta, Georgia.

13. The top executive offices for Newell Rubbermaid are located in Atlanta, Georgia.

14. The Legal Department for Newell Rubbermaid is located in Georgia, Ohio, North Carolina and Illinois.

15. The Board of Directors' meetings for Newell Rubbermaid are held in Georgia.

16. The shareholders' meetings for Newell Rubbermaid are held in Georgia.

17. The major policy decisions for Newell Rubbermaid are made in Georgia.

18. Newell Rubbermaid's former principal place of business was Freeport, Illinois.

19. Newell Rubbermaid's finance, accounting and human resources offices remain in Freeport, Illinois and Newell Rubbermaid prepares and files its income taxes in Illinois.

20. The primary bank accounts for Newell Rubbermaid and Irwin Industrial Tool are not in Massachusetts.

I swear under the pain and penalty of perjury that the information contained herein is true and accurate to the best of my knowledge and belief. Signed under the pains and penalties of perjury this 12ᵀᴴ day of May, 2004.

William Behlke

William Behlke Esq.

Sworn to and subscribed to before me this 12th day of May 2004.

Lynn Browning

Notary Public
My Commission Expires: _____

**Lynn Browning**
**Notary Public**
**In and for the State of Ohio**
**My Commission Expires**
**August 17, 2008**

-2-

# <u>EXHIBIT E</u>

COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DISCRIMINATION

JOYCE K. TEMPLEMAN,

                    Complainant,

vs.                                                MCAD CASE NO. 03-SEM-01690

AMERICAN SAW &
MANUFACTURING COMPANY,

                    Respondent.

## RESPONDENT'S STATEMENT OF POSITION

### Introduction

Charging Party has filed a charge against Respondent alleging that she was

discriminated against due to her age and disability.  The allegations are denied.

Complainant was one of twenty-four employees laid off on February 25, 2003.  The staff

changes, including the decision to layoff a Customer Service Representative, the

position held by Complainant, were reflective of changes made following the acquisition

of American Saw & Mfg. Company by Newell Rubbermaid Inc.[1] in an asset purchase

completed on January 6, 2003.

        Neither Complainant's age nor alleged disability played any role in the decision.

Thus, the Respondent employed, and continues to employ older employees within the

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753

---

[1]Newell Rubbermaid Inc. is headquartered in Freeport, Illinois.  Its brands include
Sharpie®, Paper Mate®, Parker®, Waterman®, Colorific®, Rubbermaid®, Stain
Shield(TM), Blue Ice®, TakeAlongs(TM), Roughneck®, Calphalon®, Little Tikes®,
Graco®, Levolor®, Kirsch®, Shur-Line®, BernzOmatic®, Goody®, Vise-Grip®, Quick-
Grip®, Irwin® and Lenox®.

# EXHIBIT F



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

---

*AMERICAN SAW & MFG. COMPANY, INC.* Summary Screen                    Help with this form

---

Request a Certificate

---

The exact name of the Domestic Profit Corporation: AMERICAN SAW & MFG. COMPANY, INC.

---

Mergered into IRWIN INDUSTRIAL TOOL COMPANY on 12/31/03

(Note: The above entity is not registered in Massachusetts)

---

Mergered with : AMERICAN SAW & MFG. COMPANY on 12/31/96

---

Entity Type: Domestic Profit Corporation

---

Identification Number: 611350790

Old Federal Employer Identification Number (Old FEIN): 000560129

---

Date of Organization in Massachusetts: 12/30/1996

---

Date of Merger: 12/31/2003

---

Current Fiscal Month / Day: 12 / 31          Previous Fiscal Month / Day: 00 / 00

---

The location of its principal office in Massachusetts:
No. and Street: 301 CHESTNUT ST.
City or Town: E. LONGMEADOW    State: MA    Zip: 01028    Country: USA

---

If the business entity is organized wholly to do business outside Massachusetts, the location of that office:
No. and Street:
City or Town:    State:    Zip:    Country:

---

The name and address of the Resident Agent:
Name: CORPORATION SYSTEM
No. and Street: 101 FEDERAL ST.
City or Town: BOSTON    State: MA    Zip: 02110    Country: USA

---

The officers and all of the directors of the corporation:

The Commonwealth of Massachusetts William Francis Galvin - Public ... owse and Search ... Page 2 of 2

| Title | Individual Name First, Middle, Last, Suffix | Address (no PO Box) Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | STEPHEN A. DAVIS | 301 CHESTNUT ST.,E. LONGMEADOW, MA 01028 USA 301 CHESTNUT ST.,E. LONGMEADOW, MA 01028 USA | |
| TREASURER | JOHN H. DAVIS | 301 CHESTNUT ST.,E. LONGMEADOW, MA 01028 USA 301 CHESTNUT ST.,E. LONGMEADOW, MA 01028 USA | |
| CLERK | ANN T. KEISER | 301 CHESTNUT ST.,E. LONGMEADOW, MA 01028 USA 301 CHESTNUT ST.,E. LONGMEADOW, MA 01028 USA | |
| DIRECTOR | XSEE DOCUMENT | SAME SAME, MA 00000 USA SAME SAME, MA 00000 USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments *Num of Shares     Total Par Value* | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

__ Consent     __ Manufacturer     __ Confidential Data     __ Does Not Require Annual Report

__ Partnership     __ Resident Agent     __ For Profit     __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

```
ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
```

[ View Filings ]     [ New Search ]

| Comments |
|---|
| |

© 2001 - 2004 Commonwealth of Massachusetts
All Rights Reserved

[?]
Help