UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
                                    *
JOYCE K. TEMPLEMAN and              *
THOMAS TEMPLEMAN                    *
                                    *
             Plaintiffs,            *
                                    *
v.                                  *   Civil Action No. 04-30057-KPN
                                    *
AMERICAN SAW &                      *
MANUFACTURING COMPANY               *
                                    *
             Defendant.             *
                                    *
*************************************
```

### DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE

The Defendant, American Saw & Manufacturing Company, hereby moves that the court dismiss it as a party to the present action as it no longer exists as a corporate entity.

In further support of this Motion, the Defendant relies on the accompanying Memorandum of Law.

Respectfully submitted:

/s/ Amy B. Royal
Amy B. Royal, Esq.
BBO No. 647175
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Dated:  May 14, 2004                Tel.: (413) 737-4753/Fax: (413) 787-1941

## COUNSEL CERTIFICATION

In accordance with Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, I certify that I have conferred with counsel for the Plaintiffs in a good-faith effort to resolve or narrow the issue presented in this Motion and have been unsuccessful in that effort.

/s/ Amy B. Royal
Amy B. Royal, Esq.

## CERTIFICATE OF SERVICE

I herby certify that a true and accurate copy of the above document was served upon the Plaintiffs counsel, Dennis M. LaRochelle, Cain, Hibbard, Myers & Cook, P.C. at 66 West Street, Pittsfield, MA 01201, by first-class, U.S. mail, postage prepaid on May 14, 2004.

/s/ Amy B. Royal
Amy B. Royal, Esq.