UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| JOYCE K. TEMPLEMAN and THOMAS TEMPLEMAN<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SAW & MANUFACTURING COMPANY<br><br>Defendant. | Civil Action No. 04-30057-KPN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS WITHOUT PREJUDICE

The Defendant, American Saw & Manufacturing Company, hereby moves to dismiss itself from the present action as Plaintiffs have brought suit against a Defendant that does not exist.  *See* Articles of Merger of Parent and Subsidiary Corporations, which is attached hereto as Exhibit A.  It is well-settled that when a corporation is merged with another, it ceases to exist.  *See* Mass. Gen. L. c. 156B, § 80; American Buildings Co. v. Varicon, Inc., 616 F. Supp. 641, 644 (D. Mass. 1985); *see also* Hoefferle Truck Sales, Inc. v. Divco-Wayne Corp., 523 F.2d 543, 548-49 (7th Cir. 1975) ("the proposition that separate corporations lose their separate identity after merger is too evident for much discussion").

On December 31, 2002, American Saw & Manufacturing Company was merged into Irwin Industrial Tool Company.  *See* Exhibit A.  Following the merger, the named Defendant ceased to exist as a corporate entity.

Although Defendant has informed Plaintiffs that it no longer exists, Plaintiffs have yet to substitute the appropriate party to the lawsuit. This Memorandum of Law in Support of Defendant's Motion to Dismiss is filed without prejudice to Plaintiffs so they may substitute Irwin Industrial Tool Company as it is the proper party in this matter. Should the Plaintiffs not amend their Complaint to substitute American Saw & Manufacturing Company with Irwin Industrial Tool Company, the Defendant respectfully requests that the court dismiss the named Defendant from the suit as it does not exist.

Respectfully submitted:

/s/ Amy B. Royal
Amy B. Royal, Esq.
BBO No. 647175
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144

Dated: May 14, 2004           Tel.: (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

I herby certify that a true and accurate copy of the above document was served upon the Plaintiffs counsel, Dennis M. LaRochelle, Cain, Hibbard, Myers & Cook, P.C. at 66 West Street, Pittsfield, MA 01201, by first-class, U.S. mail, postage prepaid on May 14, 2004.

/s/ Amy B. Royal
Amy B. Royal, Esq.