# **<u>EXHIBIT A</u>**

Case 3:04-cv-30057-MAP    Document 12-2    Filed 05/14/2004    Page 1 of 5

FEDERAL IDENTIFICATION
NO. _____
Fee: $250.00

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## ARTICLES OF MERGER OF PARENT AND SUBSIDIARY CORPORATIONS
(General Laws, Chapter 156B, Section 82)

We, __Dale I. Katschullat_____, ~~President~~ / *Vice President,

and __Douglas L. Martin_____ ~~Clerk~~ / *Assistant Clerk,

of __Irwin Industrial Tool Company_____,
(Exact name of corporation)

organized under the laws of __Delaware_____ and herein called the parent corporation,

certify as follows:

1. That the subsidiary corporation(s) to be merged into the parent corporation is/are:

| NAME | STATE OF ORGANIZATION | DATE OF ORGANIZATION |
|---|---|---|
| American Saw & Mfg. Company, Inc. (611350790) | Massachusetts | December 30, 1996 |

2. The parent corporation, at the date of the vote, owned not less than ninety percent (90%) of the outstanding shares of each class of stock of the subsidiary corporation or corporations with which it has voted to merge.

Item 3 below may be deleted if all the corporations are organized under the laws of Massachusetts and if General Laws, Chapter 156B is applicable to them.

3. That in the case of each of the above named corporations, the laws of the state of its organization, if other than Massachusetts, permit the merger herein described, and that all action required under the laws of each such state in connection with this merger has been duly taken.

*Delete the inapplicable words. In case the parent corporation is organized under the laws of a state other than Massachusetts, these articles are to be signed by officers having corresponding powers and duties.

156b82m 4/4/00

4. That at a meeting of the directors of the parent corporation, the following vote, pursuant to General Laws, Chapter 156B, Section 82, Subsection (a) was duly adopted:

> **WHEREAS**, the board of directors of the Corporation deems it advisable and in the best interest of the Corporation that the Corporation merge with American Saw & Mfg. Company, Inc., a Massachusetts corporation (the "Merger"), through the execution of an agreement and plan of merger substantially in the form presented to the shareholder (the "Merger Agreement"), and has recommended such Merger and Merger Agreement to the shareholder for approval.
>
> **NOW, THEREFORE, BE IT RESOLVED**, that shareholder hereby approves the Merger and the Merger Agreement and authorizes and consents to the transactions contemplated by the Merger Agreement; and
>
> **FURTHER RESOLVED**, that the officers of the Corporation are, and each of them is, authorized and directed to execute, acknowledge and deliver the Merger Agreement, and to execute, deliver, certify and file all such other agreements, instruments or documents, and to take or cause to be taken such further actions, in the name and on behalf of the Corporation, as they may deem necessary or advisable to consummate the transactions contemplated by the Merger Agreement and to carry into effect the intent and purpose of these resolutions, and that all actions heretofore taken by any director or officer of the Corporation in connection with the transactions herein described are ratified, approved and confirmed in all respects.

*Note: Votes, for which the space provided above is not sufficient, should be listed on additional sheets to be numbered 4A, 4B, etc. Additional sheets must be 8 1/2 x 11 and have a left hand margin of 1 inch. Only one side should be used.*

5. The effective date of the merger shall be the date approved and filed by the Secretary of the Commonwealth. If a *later* effective date is desired, specify such date, which shall not be more than *thirty days* after the date of filing:

       The merger shall be effective on December 31, 2003

**Section 6 below may be deleted if the parent corporation is organized under the laws of Massachusetts.**

6. The parent corporation hereby agrees that it may be sued in the Commonwealth of Massachusetts for any prior obligation of any corporation organized under the laws of Massachusetts with which it has merged, and any obligation hereafter incurred by the parent corporation, including the obligation created by General Laws, Chapter 156B, Section 82, Subsection (e), so long as any liability remains outstanding against the parent corporation in the Commonwealth of Massachusetts, and it hereby irrevocably appoints the Secretary of the Commonwealth as its agent to accept service of process in any action for the enforcement of any such obligations, including taxes, in the same manner as provided in Chapter 181.

SIGNED UNDER THE PENALTIES OF PERJURY, this __22nd__ day of __December__, 20 __03__,

_____[signature]_____, X̶X̶X̶X̶X̶X̶X̶X̶ / *Vice President,

_____[signature]_____, X̶X̶X̶e̶r̶k̶X̶ *Assistant Clerk.

*Delete the inapplicable words. In case the parent corporation is organized under the laws of a state other than Massachusetts, these articles are to be signed by officers having corresponding powers and duties.

866322

THE COMMONWEALTH OF MASSACHUSETTS

## ARTICLES OF MERGER OF PARENT AND SUBSIDIARY CORPORATIONS
(General Laws, Chapter 156B, Section 82)

0510100363

I hereby approve the within Articles of Merger of Parent and Subsidiary Corporations and, the filing fee in the amount of $ 250 , having been paid, said articles are deemed to have been filed with me this 31 day of December, 20 03.

Effective date: _____

*[signature]*

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

A TRUE COPY ATTEST
*[signature]*
WILLIAM FRANCIS GALVIN
SECRETARY OF THE COMMONWEALTH
DATE 4/28/04  CLERK

**TO BE FILLED IN BY CORPORATION**
Contact information:

CT Corporation System
101 Federal Street
Boston, MA 02110

Telephone: _____

Email: _____

A copy this filing will be available on-line at www.state.ma.us/sec/cor once the document is filed.