UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*************************************************
                                        *
JOYCE K. TEMPLEMAN and                  *
THOMAS TEMPLEMAN                        *
                                        *
            Plaintiffs,                 *
                                        *
v.                                      *     Civil Action No. 04-30057-KPN
                                        *
AMERICAN SAW &                          *
MANUFACTURING COMPANY                   *
                                        *
            Defendant.                  *
                                        *
*************************************************

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the Defendant hereby files this statement identifying Newell Rubbermaid, Inc., as its parent corporation and a publicly held company that owns 10% or more of its stock.

Respectfully submitted:

/s/ Amy B. Royal
Amy B. Royal, Esq.
BBO No. 647175
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated:  June 8, 2004

### CERTIFICATE OF SERVICE

I herby certify that a true and accurate copy of the above document was served upon the Plaintiffs counsel, Dennis M. LaRochelle, Cain, Hibbard, Myers & Cook, P.C. at 66 West Street, Pittsfield, MA 01201, by first-class, U.S. mail, postage prepaid on June 8, 2004.

/s/ Amy B. Royal
Amy B. Royal, Esq.