UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOYCE K. TEMPLEMAN and THOMAS TEMPLEMAN,<br><br>            Plaintiffs,<br><br>vs.<br><br>IRWIN INDUSTRIAL TOOL COMPANY,<br><br>            Defendant. | CIVIL ACTION NO. 04-30057-KPN |

## JOINT STATEMENT & PROPOSED PRETRIAL SCHEDULE

1. Discovery:  The Parties confirm their obligation to limit discovery set forth in Fed. R. Civ. P. 26(b), and they wish to conduct discovery in phases.  The parties propose that the first phase be limited to developing information needed for a realistic assessment of the case and a determination as to whether dispositive motions would be appropriate, and the second phase directed at experts, if any, and otherwise developing the case for trial.  The proposed schedule is as follows:

    A.  Written Discovery:  All written discovery completed no later than **March 1, 2005.**

    B.  Depositions:  All non-expert depositions completed by **May 1, 2005.**

    C.  Rule 56 Motions:  Filed no later than **June 1, 2005.**

2. Expert Discovery:

    A.  If no Rule 56 Motions are filed, Plaintiff to disclose experts, if any, by **June 15, 2005,** and Defendant to disclose experts by **July 15, 2005.**  All expert depositions concluded by **August 15, 2005.**

    B.  If any Rule 56 Motions are filed and case not disposed of by the same, Plaintiff to disclose experts within one month after date of decision on said motion, and Defendant to disclose experts within one month after Plaintiff discloses experts.  All expert depositions concluded by two months after.

3. Local Rule 16.1 Certifications:   **To be submitted separately.**

4. Trial by Magistrate:   The parties do not agree to trial by Magistrate Judge.

| Respectfully Submitted, | Respectfully submitted, |
|---|---|
| /s/ Dennis M. LaRochelle | /s/ Marylou Fabbo |
| Dennis M. LaRochelle, Esq. | Marylou Fabbo, Esq. |
| BBO No. 600924 | BBO No. 566613 |
| Counsel for Plaintiffs | Counsel for Defendant |
| Cain Hibbard Myers & Cook, P.C. | Skoler, Abbott & Presser, P.C. |
| 66 West Street | One Monarch Place, Suite 2000 |
| Pittsfield, Massachusetts 01201-5764 | Springfield, Massachusetts 01144 |
| Tel.: (413) 443-4771/Fax: (413) 443-769 | Tel. (413) 737-4753/Fax: (413) 787-1941 |
| Dated: September 7, 2004 | Dated: September 7, 2004 |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing *Joint Statement & Proposed Pretrial Schedule* was served upon the attorney of record for each other party via facsimile, electronic filing, and first-class, U.S. mail, postage prepaid, on September 7, 2004.

/s/ Marylou Fabbo
Marylou Fabbo, Esq.