UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOYCE K. TEMPLEMAN and THOMAS TEMPLEMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN INDUSTRIAL TOOL COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 04-30057-KPN<br><br><br>**DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION** |

Pursuant to Local Rule 16.1, the Defendant, Newell Rubbermaid, Inc. (hereinafter "Defendant" or "Newell"), and its counsel, Skoler, Abbott & Presser, P.C., hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully submitted,

_____
Marylou Fabbo, Esq.
BBO No. 566613
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax: (413) 787-1941
Dated: September 17, 2004

Newell Rubbermaid, Inc.

_____
William Behlke
Its Senior Attorney
Dated: September 15, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing *Defendant's Local Rule 16.1 Certification* was served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid on September 17, 2004.

_____
Marylou Fabbo, Esq.