UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOYCE K. TEMPLEMAN,**<br><br>    **Plaintiff**<br><br>v.<br><br>**IRWIN INDUSTRIAL TOOL COMPANY,**<br><br>    **Defendant** | Civil Action No. 04-30057-KPN |

## LOCAL RULE 16.1 CERTIFICATION

The undersigned hereby certify that Plaintiff, Joyce K. Templeman, and her counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,

  /s/ Dennis M. LaRochelle
Diane M. DeGiacomo (BBO# 555930)
Dennis M. LaRochelle (BBO# 600924)
CAIN, HIBBARD, MYERS & COOK, PC
66 West Street
Pittsfield, Massachusetts 01201
(413) 443-4771

Dated: September 22, 2004


JOYCE K. TEMPLEMAN



  /s/ Joyce K. Templeman