UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOYCE K. TEMPLEMAN and THOMAS TEMPLEMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN INDUSTRIAL TOOL COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 04-30057-KPN<br><br>**DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION** |

Pursuant to Local Rule 16.1, the Defendant, Irwin Industrial Tool Company (hereinafter "Defendant" or "Irwin"), and its counsel, Skoler, Abbott & Presser, P.C., hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully submitted,

_Marylou Fabbo_
Marylou Fabbo, Esq.
BBO No. 566613
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax: (413) 787-1941
Dated: September 3, 2004

Irwin Industrial Tool Company,

_Anna Whitton_
Anna Whitton
Its Director of Human Resources
Dated: September ___, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Defendant's Local Rule 16.1 Certification* was served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid on September 23, 2004.

_Marylou Fabbo_
Marylou Fabbo, Esq.