UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOYCE K. TEMPLEMAN,            )
        Plaintiff    )
                               )
v.                             )    Civil Action No. 04-30057-MAP
                               )
                               )
AMERICAN SAW MANUFACTURING     )
COMPANY and IRWIN INDUSTRIAL   )
TOOL COMPANY,                  )
        Defendants   )

SCHEDULING ORDER
September 30, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. Motions to amend the pleadings shall be filed by November 15, 2004.

2. All written discovery shall be completed by March 1, 2005.

3. Non-expert depositions shall be completed by May 2, 2005.

4. Counsel shall appear for a case management conference on May 5, 2005, at 11:00 a. m. in Courtroom Three.

IT IS SO ORDERED.

       /s/ Kenneth P. Neiman
       KENNETH P. NEIMAN
       U.S. Magistrate Judge