UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOYCE K. TEMPLEMAN,            )
                Plaintiff      )
                               )
   v.                            )    Civil Action No. 043-30057-MAP
                               )
                               )
IRWIN INDUSTRIAL TOOL COMPANY, )
                Defendant    )

SCHEDULING ORDER
May 5, 2005

NEIMAN, U.S.M.J.

     The following schedule was established at the case management conference this day:

    1.    Defendant shall file its motion for summary judgment by July 8, 2005, or inform the court in writing by that date that no such motion will be filed. If a motion is filed, Plaintiff shall file her opposition by July 29, 2005, to which Defendant may reply by August 5, 2005.

    2.    If no summary judgment motion is to be filed, Defendant shall also notify the court by July 8, 2005, whether it intends to designate an expert. If yes:

          a.    Defendant shall designate and disclose information regarding its trial experts as required by Fed. R. Civ. P. 26(a)(2) by August 12, 2005;

      b.      Plaintiff shall designate and disclose information regarding her trial experts as required by Fed. R. Civ. P. 26(a)(2) by September 9, 2005; and

      c.      All expert depositions shall be completed by October 7, 2005.

3. If no motion for summary judgment is filed and no experts are to be named, counsel shall appear for a final pretrial conference on August 31, 2005, at 2:30 p.m. in Courtroom One before District Judge Michael A. Ponsor. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: May 5, 2005

      /s/ Kenneth P. Neiman  
      KENNETH P. NEIMAN  
      U.S. Magistrate Judge