UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOYCE K. TEMPLEMAN

      Plaintiff,

v.     Civil Action No. 04-30057-KPN

IRWIN INDUSTRIAL TOOL
COMPANY,

      Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO STAY LITIGATION

The Plaintiff, Joyce K. Templeman, and the Defendant, Irwin Industrial Tool Company, hereby request that the Court stay this litigation until September 30, 2005. The parties make this request for the following good reasons:

1. The parties are interested in making a good faith effort to resolve this matter prior to a trial on the merits.

2. The parties are interested in avoiding further expense associated with continuing the litigation.

3. The parties have agreed to mediate and plan to continue the litigation of this matter only if the matter is not resolved at the mediation.

4. The parties have scheduled a mediation session for September 20, 2005, and wish to permit ten days of additional time to permit post-mediation discussions and/or an additional mediation session if necessary.

5. Should the matter not resolve at mediation and should the litigation of this matter resume, the parties propose the following pretrial schedule:

a. Defendant shall file its motion for summary judgment by November 1, 2005. If a motion is filed, Plaintiff shall file her opposition by December 1, 2005, to which Defendant may reply by December 12, 2005.

b. If no summary judgment motion is to be filed, Defendant shall notify the court by November 1, 2005, whether it intends to designate an expert. If yes:

  i. Defendant shall designate and disclose information regarding its trial experts as required by Fed. R. Civ. P. 26(a)(2) by December 5, 2005; and

  ii. Plaintiff shall designate and disclose information regarding her trial experts as required by Fed. R. Civ. P. 26(a)(2) by January 5, 2006; and

  iii. All expert depositions shall be completed by February 6, 2006.

c. If no motion for summary judgment is filed and no experts are to be named, counsel propose the following: counsel will jointly prepare and file pretrial memoranda by December 5, 2005, and will appear for a pretrial conference on or around December 19, 2005, at 2:30 p.m., in Courtroom One before District Judge Michael A. Ponsor.

Wherefore, the parties jointly request that the Court stay this proceeding until September 30, 2005.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /s/ Amy B. Royal | /s/ Dennis M. LaRochelle |
| Amy B. Royal, Esq. | Dennis M. LaRochelle, Esq. |
| BBO No. 647175 | BBO No. 600924 |
| Counsel for Defendant | Counsel for Plaintiff |
| Skoler, Abbott & Presser, P.C. | Cain Hibbard Meyers & Cook, P.C. |
| One Monarch Place, Suite 2000 | 66 West Street |
| Springfield, Massachusetts  01144 | Pittsfield, Massachusetts  01201 |
| Tel.: (413) 737-4753/Fax: (413) 787-1941 | Tel.: (413) 443-4771/Fax: (413) 443-7694 |
| Dated:  June 27, 2005 | Dated:  June 27, 2005 |

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Dennis M. LaRochelle, Esq., Cain, Hibbard, Myers & Cook, P.C., 66 West Street, Pittsfield, MA 01201, by electronic filing and first-class, U.S. mail, postage prepaid, on June 27, 2005.

 /s/ Amy B. Royal
 Amy B. Royal, Esq.