# Cain Hibbard Myers & Cook PC
Counselors at Law

66 West Street, Pittsfield, Massachusetts 01201-5764, 413-443-4771  Fax 413-443-7694
Direct Dial: 629-1346  email: dlarochelle@cainhibbard.com

Dennis M. LaRochelle

September 21, 2005

By Facsimile

Civil Clerk's Office
United States District Court
Federal Building and Courthouse
1550 Main Street
Springfield, Massachusetts 01103

   Re: Templeman v. American Saw & Manufacturing Co.
     (Civil Action No. 04-30057-KPN)

Dear Sir or Madam:

The parties are pleased to report that they believe they have reached an agreement that would resolve the referenced action. The parties ask that the Court take no action for the next thirty days while the parties finalize the settlement papers and execute the terms of the settlement agreement.

Please contact me if you have any questions concerning this request.

Very truly yours,

Dennis M. LaRochelle

cc: Amy B. Royal, Esq.