## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOYCE K. TEMPLEMAN,
        Plaintiff

                              CIVIL ACTION NO.  04-30057-MAP

V.

IRWIN INDUSTRIAL TOOL COMPANY
        Defendant

### SETTLEMENT ORDER OF DISMISSAL

PONSOR, D.J;

      The Court having been advised on September 22, 2005 that the above-entitled action has been settled;

      IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

                                                        By the Court,

September 23, 2005                                   /s/ Mary Finn
      Date                                                       Deputy Clerk