CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE
BETWEEN JOYCE K. TEMPLEMAN AND IRWIN INDUSTRIAL TOOL COMPANY

## EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOYCE K. TEMPLEMAN | \* |
| Plaintiff, | \* |
| v. | \* CIVIL ACTION NO. 04-30057-MAP |
| IRWIN INDUSTRIAL TOOL COMPANY, | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF DISMISSAL

NOW COME THE PARTIES, by and through counsel, Dennis LaRochelle, Esq. and Amy B. Royal, Esq., and pursuant to Fed. R. Civ. P. 41, file this Stipulation of Dismissal with Prejudice, and without costs to either party.

The Plaintiff
By Her Attorney,

_____
Dennis LaRochelle, Esq.
BBO #600924
Cain Hibbard Myers & Cook, P.C.
66 West Street
Pittsfield, Massachusetts 01201-5764
Tel. (413) 443-4771/Fax (413) 443-7694

Dated: November 16, 2005

The Defendant
By Its Attorney,

_____
Amy B. Royal, Esq.
BBO #647175
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax (413) 787-1941

Dated: October 28, 2005

JKT